IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-cr-008-MEF |
| | ) | |
| BILLY THOMAS LUDLAM | ) | |

## **O R D E R**

Upon consideration of the government's Motion for Leave to Dismiss Indictment (Doc. #24) filed on May 29, 2009, it is hereby

ORDERED that the motion is GRANTED and the indictment in this case is dismissed.

DONE this the 1st day of June, 2009.

       /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE